JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KAREN MCCLURE,                    )   Case No. EDCV 10-1260-DTB
                     Plaintiff,   )
                                  )   **J U D G M E N T**
          vs.                     )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                     Defendant.   )
_____   )

         In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

         IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.


DATED: November 7, 2011

                              _____
                              DAVID T. BRISTOW
                              UNITED STATES MAGISTRATE JUDGE

1